

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2015

No. 04-15-00294-CR

Shauna Denay **RIPLEY,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0670
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

Appellant's brief was due on July 17, 2015. *See* TEX. R. APP. P. 38.6(a). We granted Appellant's first motion for an extension of time to file the brief until August 17, 2015. On the due date, Appellant filed a second motion for an extension of time to file the brief until October 16, 2015, for a total extension of ninety days. We granted in part Appellant's motion with the following notice:

> Appellant must file the brief not later than September 16, 2015. **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.**

Despite the express warning that no further extensions of time to file the brief would be granted, on September 16, 2015, Appellant filed a third motion for extension of time to file the brief and asked for an additional sixty days. Appellant's motion is DENIED.

We ORDER Appellant's attorney to file either Appellant's brief or a motion to dismiss this appeal within TEN DAYS of the date of this order. If no brief or motion is filed by that date, we will abate this appeal to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b)(2).

Appellant's attorney is cautioned that, to protect Appellant's rights, this court may "initiat[e] contempt proceedings against [A]ppellant's counsel." *Id.* R. 38.8(b)(4).

_____

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2015.



_____

Keith E. Hottle
Clerk of Court